UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIAN DAVID PALACIOS OBREGON,

                    Petitioner(s),

        v.

PAMELA PONDI,

                    Respondent(s).

CASE NO. C26-0484-KKE

ORDER DIRECTING RESPONDENT TO
RESPOND TO NEWLY FILED MOTIONS

This matter comes before the Court on its own motion. Yesterday, the Court entered an order advising Respondent that Petitioner had called chambers to make a telephonic motion for temporary restraining order ("TRO") and directing Respondent to, among other things, respond to the TRO by February 17, 2026. Today, the Court received additional filings from Petitioner that were mailed from the Northwest Immigrant Processing Center over a week ago but only just arrived at the Clerk's office. Dkt. Nos. 9–12. Among these filings are an "Emergency Motion for Immediate Release Pending Habeas Review" (Dkt. No. 9), which the Court construes as a TRO motion, and a motion to expedite consideration of the just-filed TRO motion and Petitioner's habeas petitioner (Dkt. No. 10).

Accordingly, concurrent with its response to Petitioner's telephonic TRO motion, Respondent is ORDERED to respond to Petitioner's two newly filed motions (Dkt. Nos. 9, 10) by February 17, 2026.

ORDER DIRECTING RESPONDENT TO RESPOND TO NEWLY FILED MOTIONS - 1

Dated this 13th day of February, 2026.

Kymberly K. Evanson
United States District Judge