UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN DAVID PALACIOS OBREGON, | CASE NO. C26-0484-KKE |
| Petitioner(s), | ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER |
| v. | |
| PAMELA PONDI, | |
| Respondent(s). | |

On February 12, 2026, the Court granted Petitioner's request for appointment counsel of counsel and referred this matter to the Office of the Federal Public Defender for review. Today, the Office of the Federal Public Defender emailed chambers, copying counsel for Respondent, to indicate that it would accept appointment as Petitioner's counsel.

Accordingly, the Court APPOINTS Assistant Federal Public Defender J. Leonardo Costales to represent Petitioner in these proceedings.

The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, and to counsel for Respondents.

Dated this 17th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER - 1