District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIAN DAVID PALACIOS OBREGON,

                                   Petitioner,

               v.

PAMELA BONDI, *et al.,*

                                Respondents.

Case No. 2:26-cv-00484-KKE

STIPULATED MOTION TO SET
UPDATED BRIEFING SCHEDULE

Noted for Consideration:
February 23, 2026

Petitioner, though his attorney Leo Costales, and the Federal Respondents, through Special Assistant United States Attorney Jordan Steveson, submit this stipulated motion to set an updated briefing schedule. A schedule was ordered by this Court on February 10, 2026. Dkt. 4. However, Petitioner was previously pro se and on February 17, 2026, attorney Leo Costales was appointed on this case. Dkt. 17. Petitioner, through his newly appointed legal counsel, filed an Amended Petition for Writ of Habeas Corpus on February 20, 2026. Dkt. 20. Based on these recent developments, the parties jointly propose the following briefing schedule:

- Federal Respondents' Return on the Habeas Petition and Amended Habeas Petition: March 2, 2026

- Petitioner's traverse to Federal Respondents' Return: March 6, 2026.

STIPULATED MOTION TO SET UPDATED BRIEFING SCHEDULE
[Case No. 2:26-cv-00484-KKE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 23rd day of February, 2026.

Respectfully submitted,

s/ Jordan C. Steveson                                    s/ J. Leonardo Costales
JORDAN C. STEVESON, WSBA No. 40636        J. LEONARDO COSTALES
Special Assistant United States Attorney           Assistant Federal Public Defender
United States Attorney's Office                        Attorney for Julian Palacios-Obregon
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone:   (206) 553-2265
Email:   jordan.steveson@usdoj.gov

*Attorney for Federal Respondents*

*I certify that this memorandum contains 120 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO SET UPDATED BRIEFING SCHEDULE
[Case No. 2:26-cv-00484-KKE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so **ORDERED**. The parties shall submit briefing according to the following schedule:

- Federal Respondents' Return on the Habeas Petition and Amended Habeas Petition: March 2, 2026

- Petitioner's traverse to Federal Respondents' Return: March 6, 2026.

DATED this 23rd day of February, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO SET UPDATED BRIEFING SCHEDULE
[Case No. 2:26-cv-00484-KKE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800