UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN DAVID PALACIOS OBREGON,<br><br>            Petitioner(s),<br><br>    v.<br><br>PAMELA PONDI,<br><br>            Respondent(s). | CASE NO. C26-0484-KKE<br><br>ORDER SETTING STATUS<br>CONFERENCE |

This matter comes before the Court *sua sponte*. The Court will hold a conference in this case via Zoom on March 25 at 2:00 pm, concerning the status of Petitioner's medical care at the Northwest ICE Processing Center ("NWIPC"). Counsel for the Federal Respondents is directed to come prepared to discuss:

(1) Whether NWIPC's medical team has scheduled Petitioner's colonoscopy and, if so, when it is scheduled;

(2) What measures, if any, NWIPC will put in place to ensure Petitioner will be able to complete the necessary preparation for his colonoscopy; and

(3) Any other relevant information concerning Petitioner's recent diagnostic procedures and NWIPC's ability to address Petitioner's current and future medical needs.

ORDER SETTING STATUS CONFERENCE - 1

Dated this 20th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER SETTING STATUS CONFERENCE - 2